JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Richard Greenley

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   San Francisco County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
THOMAS M. NEWMAN, AUSA, TAX DIVISION
450 Golden Gate Ave., 9th Floor, Box 36055
San Francisco, CA 94102
(415) 436-6805

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment |  |  | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Summons Enforcement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 2-26-08

SIGNATURE OF ATTORNEY OF RECORD
THOMAS M. NEWMAN, AUSA, TAX DIVISION

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS M. NEWMAN (CTBN 422187)
4  Assistant United States Attorney
      9th Floor Federal Building
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
6  Telephone:  (415) 436-6805
   Fax:        (415) 436-6748
7
   Attorneys for the United States of America
8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA and         )  C. NO. 08  1141
   | JEANETTE FARMER, Revenue Officer,    )
13 |                                      )
   |           Petitioners,               )  VERIFIED PETITION TO
14 |                                      )  ENFORCE INTERNAL
   |      v.                              )  REVENUE SERVICE SUMMONS
15 |                                      )
   | RICHARD GREENLEY,                    )
16 |                                      )
   |           Respondent.                )
17 |_____)

18       Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer,

19  **JEANETTE FARMER,** allege and petition as follows:

20       1.     This proceeding is brought and this Court has jurisdiction hereof under Sections

21  7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

22       2.     Petitioner **JEANETTE FARMER** is and at all times mentioned herein was an

23  employee and officer of the Internal Revenue Service of the United States Department of the

24  Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions

25  described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and

26  7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and

27  301.7603-1).

28

1  3.  Petitioner **JEANETTE FARMER** is and at all times mentioned herein was
2  attempting in the course of authorized duties to determine and collect certain federal tax
3  liabilities of **RICHARD GREENLEY** for the tax years of 1999, 2002, 2003, and 2004.
4  4.  Petitioner **JEANETTE FARMER** is and at all times herein was attempting in the
5  course of authorized duties to have respondent produce for inspection, examination and copying
6  by petitioner certain records possessed by respondent which are relevant and material to attempt
7  to determine and collect the aforementioned federal tax liabilities of **RICHARD GREENLEY**,
8  for the period stated in paragraph 3 above.
9  5.  Respondent **RICHARD GREENLEY**'s last known address is 699 Pennsylvania
10 Ave Apt 10, San Francisco, CA 94107-2973, which is within the venue of this Court.
11 6.  Petitioner **JEANETTE FARMER** is informed and believes that said respondent
12 is in possession and control of records, paper and other data regarding income and other matters
13 covered by said petitioner's inquiry and to which petitioners do not otherwise have access,
14 possession, or control.
15 7.  On November 21, 2007, in accordance with law, Petitioner **JEANETTE**
16 **FARMER** served a summons on respondent **RICHARD GREENLEY** in respect to the subject
17 matter described in paragraphs 3, 4, and 6 above, by attaching to the door an attested copy of the
18 summons at the last and usual place of abode of the respondent **RICHARD GREENLEY**. The
19 requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as
20 Exhibit A and is hereby incorporated by reference as a part of this petition.
21 8.  The items sought by the summons described in paragraph 7 above are relevant to
22 and can reasonably be expected to assist in the determination and collection of the above-
23 mentioned federal tax liabilities of **RICHARD GREENLEY** for the years stated in paragraph 3
24 above.  It was and now is essential to completion of petitioner's inquiry regarding the
25 determination and collection of the above-mentioned federal tax liabilities of **RICHARD**
26 **GREENLEY** for the years stated in paragraph 3 above that respondent produce the items
27 demanded by said summons.
28 ///

Verified Petition To Enforce
IRS Summons                                    2

9. The respondent did not appear on December 6, 2007, as requested in the summons.

10. By letter dated December 18, 2007, respondent **RICHARD GREENLEY** was provided with another opportunity to comply by appearing for an appointment with Petitioner **JEANETTE FARMER** on January 17, 2008. See Exhibit B.

11. As of the date of this petition, the respondent has failed to comply with the summons.

12. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

13. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B. That respondent be ordered by the Court to appear before the petitioner **JEANETTE FARMER** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

JOSEPH P. RUSSONIELLO
United States Attorney

THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

Verified Petition To Enforce
IRS Summons                                    3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## VERIFICATION

I, **JEANETTE FARMER**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the San Francisco, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/21/08  at San Francisco, California.


_____
JEANETTE FARMER

# Summons

## Income Tax Return

**In the matter of** RICHARD GREENLEY
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 7 (27)
**Periods:** Form 1040 for the calendar periods ending December 31, 1999, December 31, 2002, December 31, 2003 and December 31, 2004

**The Commissioner of Internal Revenue**

**To:** RICHARD GREENLEY
**At:** 699 PENNSYLVANIA AVE APT 10, SAN FRANCISCO, CA 94107-2973

You are hereby summoned and required to appear before JEANETTE FARMER, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 1999, 2002, 2003 and 2004

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 1999, 2002, 2003 and 2004

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

450 GOLDEN GATE AVE, 6TH FLOOR, SAN FRANCISCO, CA 94102-3661 (415) 522-4323

**Place and time for appearance:** At 450 GOLDEN GATE AVE, 6TH FLOOR, SAN FRANCISCO, CA 94102-3661

**IRS**

on the 6th day of December, 2007 at 10:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 19th day of November, 2007

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6638 (Rev.4-2005)
Catalog Number 61828W

JEANETTE FARMER
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

Exhibit A

**Original -- to be kept by IRS**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| November 21, 2007 | 10:55 AM |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):
Attached to door

| Signature | Title |
|---|---|
| Jeanith Fr_ | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| Jeanith Fr_ | Revenue Officer |

Catalog No. 61828W

Form **6638** (Rev. 4-2005)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5168
FAX (415) 227-5159

DEC 1 8 2007          CC:SB:7:SF:2:GL-154718-07
                      JDFeldhammer

Richard Greenley
699 Pennsylvania Ave, Apt 10
San Francisco, CA 94107-2973

Dear Mr. Greenley:

   Small Business/Self-Employed Area: Area Collection (Examination) of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on November 21, 2007. Under the terms of the summons, you were required to appear before Revenue Officer Jeanette Farmer on December 6, 2007.

   Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

            Name:    Jeanette Farmer
            Date:    January 17, 2008
            Time:    10:00 AM
         Address:    450 Golden Gate Ave
                     6th Floor
                     San Francisco, CA 94102-3661

Exhibit B

INITIAL COPY

CC:SB:7:SF:2:GL-154718-07        - 2 -

    Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Jeanette Farmer at (415) 522-4323.

                              Sincerely,

                              JON D. FELDHAMMER
                              Law Clerk (San Francisco, Group 2)
                              (Small Business/Self-Employed)

Enclosures:
    Summons

cc: Revenue Officer Jeanette Farmer