**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and JEANETTE FARMER, Revenue Officer,** )<br>)  **NO.  C08-1141 EDL**<br>        **Petitioners,** )<br>) **ORDER TO SHOW CAUSE RE**<br>        **v.** ) **ENFORCEMENT OF INTERNAL**<br>) <u>**REVENUE SERVICE SUMMONS**</u><br>**RICHARD GREENLEY,** )<br>)<br>        **Respondent.** )<br>_____) | |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on ___February 26___, 2008, it is hereby:

**ORDERED** that respondent Richard Greenley appear before this Court on the ___13th___ day of ___May___, 2008, at ___9:00 a.m.___, in Courtroom No. ___E___, ___15th___ Floor, United States District Court, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal

1

1  Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above
2  specified; and it is further
3      **ORDERED** that within twenty-one (21) days before the return date of this Order,
4  respondent may file and serve a written response to the petition, supported by appropriate
5  affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion
6  respondent desires to make, that the petitioner may file and serve a written reply to such
7  response, if any, within fourteen (14) days before the return date of this Order; that all motions
8  and issues raised by the pleadings will be considered on the return date of this Order, and only
9  those issues raised by motion or brought into controversy by the responsive pleadings and
10 supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any
11 uncontested allegation in the petition will be considered admitted.
12     **ORDERED** this  12th  day of             March            , 2008, at San Francisco,
13 California.

_____  
*Elizabeth D. Laporte*  
**UNITED STATES MAGISTRATE JUDGE**

**ORD. TO SHOW CAUSE RE ENF.**
**OF IRS SUMMONS**                     2