JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:   (415) 436-6805
  Fax:          (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and JEANETTE FARMER, Revenue Officer,** )<br><br>**Petitioners,** )<br><br>**v.** )<br><br>**RICHARD GREENLEY,** )<br><br>**Respondent.** ) | **Case No.  03:08-cv-1141-EDL**<br><br>**NOTICE OF DISMISSAL** |

Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer, JEANETTE

FARMER, voluntarily dismiss the above-captioned case pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i).

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

*Notice of Dismissal*
Case No. 03:08-cv-1141-EDL